ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                            )
                                                       )
Chase Mekaelian                                        )   ASBCA No. 64435
                                                       )
Under Contract No. DACA63-5-23-0094                    )

APPEARANCE FOR THE APPELLANT:          Mr. Chase Mekaelian
                                          Owner
                                          Marble Falls, TX

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                       Louis N. Papaliodis, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 20, 2026


_____
OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64435, Appeal of Chase Mekaelian, rendered in conformance with the Board's Charter.

Dated: May 20, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals